**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KATHERINE SEPER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NTC MARKETING INC., <br><br> Defendant. | Case No. 3:24-cv-02516-SMY |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Robert P. Berry of the law firm of Berry Silberberg Stokes PC and hereby respectfully requests leave to withdraw as counsel for Defendant NTC Marketing Inc. ("NTC") due to a breakdown in the attorney-client relationship. The undersigned counsel hereby certifies that he has provided notice of this motion to NTC Marketing Inc.'s agent of contact as well as provided notice to Defendant NTC Marketing Inc. via certified mail sent on April 2, 2026 at NTC Marketing Inc.'s last known business address at the following address:

NTC Marketing Inc.
6400 Sheridan Drive, Suite 236
Williamsville, NY 14221

The undersigned counsel has also advised NTC Marketing Inc. that it should retain new counsel to enter its appearance in this case. The granting of this motion will not delay the trial of this matter as trial is currently set for November 8, 2027.

WHEREFORE, Robert P. Berry respectfully requests that the Court grant leave to withdraw and grant such other and further relief as the Court deems just and necessary.

1

Dated: April 10, 2026

Respectfully submitted,

BERRY SILBERBERG STOKES PC


 /s/ Robert P. Berry
Robert P. Berry, CA Bar #220271; MO Bar #46236
16150 Main Circle Drive, Suite 120
St. Louis, Missouri 63107
Telephone: (314) 480-5881
Facsimile: (314) 480-5884
Email: rberry@berrysilberberg.com

Attorneys for Defendant NTC Marketing Inc.

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, the foregoing was submitted electronically for filing through this Court's CM/ECF system to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Robert P. Berry*
Robert P. Berry