**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **KATHERINE SEPER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 24-cv-2516-SMY** |
| | ) | |
| **NTC MARKETING INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# AMENDED SCHEDULING ORDER

**YANDLE, Chief District Judge:**

The parties' Joint Motion to Amend/Correct Scheduling Order (Doc. 35) is **GRANTED**.

The scheduling order is amended as follows:

1. Plaintiff(s) depositions shall be taken by February 2, 2027.

2. Defendant(s) depositions shall be taken by February 2, 2027.

3. Expert witnesses for Class Certification, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiff(s) expert(s): March 1, 2027.

   Defendant(s) expert(s): April 15, 2027.

4. Depositions of Class Certification expert witnesses must be taken by:

   Plaintiff(s) expert(s): April 5, 2027.

   Defendant(s) expert(s): May 17, 2027.

5. Plaintiff(s) Motion for Class Certification and Memorandum in Support shall be filed by **June 1, 2027** (such date shall be no later than 8 months prior to the first day of the month of the trial setting) and shall not exceed 20 pages.

6. Defendant(s) Memorandum in Opposition to Class Certification shall be filed by **July 1, 2027** and shall not exceed 20 pages.

7. Plaintiff(s) Reply Memorandum, if any, must be filed by **July 15, 2027** and shall not exceed 10 pages.

8. The Class Certification hearing, if any, will be set by separate notice.

9. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes. The parties shall file a written motion if they are unable to resolve their dispute. The motion shall be no longer than 10 pages and shall state "DISPUTED" in the title. Responses shall be filed within 7 days and shall be no longer than 10 pages. Disputed discovery motions will be referred to a Magistrate Judge.

**Pretrial and Trial Deadlines**:

1. This case is reset for a **Final Pretrial Conference** on **January 27, 2028 at 9:30 a.m** and **Jury trial** on **February 7, 2028** at **9:00 a.m.** in the Federal Courthouse, Benton, Illinois.

2. All "Daubert" motions (seeking to exclude expert testimony/evidence) filed pursuant to Fed.R.Evid 702 and/or 703 **must be filed by the dispositive motion deadline**. Counsel is advised that Daubert motions not filed in accord with this deadline will be denied as untimely filed.

3. Motions in limine must be filed no later than 21 calendar days before the final pretrial conference. Responses to motions in limine must be filed no later than 14 calendar days before the final pretrial conference.

4. Fed.R.Civ.P. 26(a)(3) pretrial disclosures are due at least 30 days before the first day of trial. Objections are due 14 days after the disclosures are made.

5. The signed, joint proposed Final Pretrial Order shall be submitted no later than 3 business days prior to the Final Pretrial Conference.

The parties are referred to the Court's Case Management Procedures located on the Court's website for further instructions.

The parties are reminded that the Magistrate Judge can preside over all proceedings in this action, including trial and the entry of judgment, should the parties wish to consent. SDIL-L.R. 72.2(b)(3); 28 U.S.C. § 636(c). However, consents cannot be tendered once a motion for summary judgment has been filed or the deadline has elapsed.

**IT IS SO ORDERED.**

**DATED: October 20, 2026**

**STACI M. YANDLE**
**Chief United States District Judge**